**Mark W. Swimelar**
**STANDING CHAPTER 12 & 13 TRUSTEE**
**250 South Clinton Street**
**2nd Floor**
**SYRACUSE, NEW YORK 13202**

**TELEPHONE: (315)471.1499**
**FAX: (315)471.4811**

LYNN HARPER WILSON                                              MAXSEN CHAMPION
STAFF ATTORNEY                                                  STAFF ATTORNEY

June 20, 2011

Clerk Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, NY 13501

**FILED**

JUN 2 1 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

RE:    05-70038 Planavsky

Dear Clerk:

Enclosed please find check #828533 in the amount of $5.60. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No. 007

| Acct# | Name | Verizon Bankruptcy Dept |
|-------|---------|-------------------------|
|       | Address | 3900 Washington St. |
|       | Address | Wilmington, DE 19802 |

Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

Enc.